# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* [https://www.ca9.uscourts.gov/forms/form07instructions.pdf](https://www.ca9.uscourts.gov/forms/form07instructions.pdf)

**9th Cir. Case Number(s)** | 26-1591

**Case Name** | X.AI LLC v. Bonta

**Counsel submitting this form** | Erin E. Murphy

**Represented party/parties** | X.AI LLC

*Briefly describe the dispute that gave rise to this lawsuit.*

On September 28, 2024, the Governor of California signed into law Assembly Bill 2013 ("AB 2013"). The law requires any "developer" of a "generative artificial intelligence system or service, or a substantial modification to a generative artificial intelligence system or service" to disclose certain information regarding the data and datasets the developer used to develop and train its artificial intelligence system. xAI develops and trains its own unique generative artificial intelligence models. On December 29, 2025, xAI sued the Attorney General of California, Rob Bonta, alleging that AB 2013: (1) constitutes an unconstitutional taking of xAI's trade secrets in violation of the Fifth Amendment; (2) violates the First Amendment by compelling xAI's speech; and (3) is unconstitutionally vague under the Fifth Amendment. xAI filed a preliminary injunction seeking to enjoin the Attorney General from enforcing AB 2013 against xAI.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** | *Rev. 09/01/22*

*Briefly describe the result below and the main issues on appeal.*

On March 4, 2026, the district court denied xAI's motion for a preliminary injunction.  The district court held that at this stage of the litigation, xAI failed to establish a taking because it had not sufficiently alleged that its trade secrets are implicated by AB 2013.  It also held that AB 2013 is subject to intermediate scrutiny as commercial speech, and that xAI had failed to establish that it is likely to succeed on the merits in showing that the law fails intermediate scrutiny.  Finally, the district court held that the record at this stage was insufficiently developed to determine whether xAI was likely to succeed on its vagueness claim.  The main issue on appeal is whether the district court erred in holding that xAI failed to establish that it was likely to succeed on the merits of its claims.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

Defendant-Appellee Bonta is due to file a responsive pleading to xAI's Complaint in the district court.  However, by joint stipulation, the parties have agreed to stay proceedings in the district court pending this appeal.

**Signature** /s Erin E. Murphy          **Date** 03/18/2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**                                                                  *Rev. 09/01/22*

2