UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

APR 3 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| X.AI LLC,<br><br>      Plaintiff - Appellant,<br><br> v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>      Defendant - Appellee. | No. 26-1591<br><br>D.C. No.<br>2:25-cv-12295-JGB-SSC<br>Central District of California,<br>Los Angeles<br><br>ORDER |

The motion (Docket Entry No. 11) for an extension of time to file the opening brief is granted.

The opening brief is due May 14, 2026. The answering brief is due June 15, 2026. The optional reply brief is due 21 days after the answering brief is served.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT