**ADDENDUM**

# TABLE OF CONTENTS

A.B. 2013, 2023-2024 Gen. Assemb., Reg. Sess. (Cal. 2024) ................................1a

U.S. Const. amend. I ...............................................................................4a

U.S. Const. amend. V..............................................................................5a

**Assembly Bill No. 2013**

CHAPTER 817

An act to add Title 15.2 (commencing with Section 3110) to Part 4 of Division 3 of the Civil Code, relating to artificial intelligence.

[Approved by Governor September 28, 2024. Filed with
Secretary of State September 28, 2024.]

LEGISLATIVE COUNSEL'S DIGEST

AB 2013, Irwin. Generative artificial intelligence: training data transparency.

Existing law requires the Department of Technology, in coordination with other interagency bodies, to conduct, on or before September 1, 2024, a comprehensive inventory of all high-risk automated decision systems, as defined, that have been proposed for use, development, or procurement by, or are being used, developed, or procured by, state agencies, as defined.

This bill would require, on or before January 1, 2026, and before each time thereafter that a generative artificial intelligence system or service, as defined, or a substantial modification to a generative artificial intelligence system or service, released on or after January 1, 2022, is made available to Californians for use, regardless of whether the terms of that use include compensation, a developer of the system or service to post on the developer's internet website documentation, as specified, regarding the data used to train the generative artificial intelligence system or service. The bill would require that this documentation include, among other requirements, a high-level summary of the datasets used in the development of the system or service, as specified.

*The people of the State of California do enact as follows:*

SECTION 1. Title 15.2 (commencing with Section 3110) is added to Part 4 of Division 3 of the Civil Code, to read:

TITLE 15.2. ARTIFICIAL INTELLIGENCE TRAINING DATA
TRANSPARENCY

3110. For purposes of this title, the following definitions shall apply:

(a) "Artificial intelligence" means an engineered or machine-based system that varies in its level of autonomy and that can, for explicit or implicit objectives, infer from the input it receives how to generate outputs that can influence physical or virtual environments.

93

**1a**

**Ch. 817** — 2 —

(b) "Developer" means a person, partnership, state or local government agency, or corporation that designs, codes, produces, or substantially modifies an artificial intelligence system or service for use by members of the public. For purposes of this subdivision, "members of the public" does not include an affiliate as defined in subparagraph (A) of paragraph (1) of subdivision (c) of Section 1799.1a, or a hospital's medical staff member.

(c) "Generative artificial intelligence" means artificial intelligence that can generate derived synthetic content, such as text, images, video, and audio, that emulates the structure and characteristics of the artificial intelligence's training data.

(d) "Substantially modifies" or "substantial modification" means a new version, new release, or other update to a generative artificial intelligence system or service that materially changes its functionality or performance, including the results of retraining or fine tuning.

(e) "Synthetic data generation" means a process in which seed data are used to create artificial data that have some of the statistical characteristics of the seed data.

(f) "Train a generative artificial intelligence system or service" includes testing, validating, or fine tuning by the developer of the artificial intelligence system or service.

3111. On or before January 1, 2026, and before each time thereafter that a generative artificial intelligence system or service, or a substantial modification to a generative artificial intelligence system or service, released on or after January 1, 2022, is made publicly available to Californians for use, regardless of whether the terms of that use include compensation, the developer of the system or service shall post on the developer's internet website documentation regarding the data used by the developer to train the generative artificial intelligence system or service, including, but not be limited to, all of the following:

(a) A high-level summary of the datasets used in the development of the generative artificial intelligence system or service, including, but not limited to:

(1) The sources or owners of the datasets.

(2) A description of how the datasets further the intended purpose of the artificial intelligence system or service.

(3) The number of data points included in the datasets, which may be in general ranges, and with estimated figures for dynamic datasets.

(4) A description of the types of data points within the datasets. For purposes of this paragraph, the following definitions apply:

(A) As applied to datasets that include labels, "types of data points" means the types of labels used.

(B) As applied to datasets without labeling, "types of data points" refers to the general characteristics.

(5) Whether the datasets include any data protected by copyright, trademark, or patent, or whether the datasets are entirely in the public domain.

(6) Whether the datasets were purchased or licensed by the developer.

**2a**

(7) Whether the datasets include personal information, as defined in subdivision (v) of Section 1798.140.

(8) Whether the datasets include aggregate consumer information, as defined in subdivision (b) of Section 1798.140.

(9) Whether there was any cleaning, processing, or other modification to the datasets by the developer, including the intended purpose of those efforts in relation to the artificial intelligence system or service.

(10) The time period during which the data in the datasets were collected, including a notice if the data collection is ongoing.

(11) The dates the datasets were first used during the development of the artificial intelligence system or service.

(12) Whether the generative artificial intelligence system or service used or continuously uses synthetic data generation in its development. A developer may include a description of the functional need or desired purpose of the synthetic data in relation to the intended purpose of the system or service.

(b) A developer shall not be required to post documentation regarding the data used to train a generative artificial intelligence system or service for any of the following:

(1) A generative artificial intelligence system or service whose sole purpose is to help ensure security and integrity. For purposes of this paragraph, "security and integrity" has the same meaning as defined in subdivision (ac) of Section 1798.140, except as applied to any developer or user and not limited to businesses, as defined in subdivision (d) of that section.

(2) A generative artificial intelligence system or service whose sole purpose is the operation of aircraft in the national airspace.

(3) A generative artificial intelligence system or service developed for national security, military, or defense purposes that is made available only to a federal entity.

O

93

**3a**

Case: 26-1591, 05/14/2026, DktEntry: 15.2, Page 6 of 7

Amendment I. Establishment of Religion; Free Exercise of..., USCA CONST Amend. I

United States Code Annotated

   Constitution of the United States

      Annotated

         Amendment I. Religion; Speech and the Press; Assembly; Petition

U.S.C.A. Const. Amend. I

Amendment I. Establishment of Religion; Free Exercise of Religion; Freedom
of Speech and the Press; Peaceful Assembly; Petition for Redress of Grievances

Currentness

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

&lt;Historical notes and references are included in the full text document for this amendment.&gt;

&lt;For Notes of Decisions, see separate documents for clauses of this amendment:&gt;

&lt;USCA Const Amend. I--Establishment clause; Free Exercise clause&gt;

&lt;USCA Const Amend. I--Free Speech clause; Free Press clause&gt;

&lt;USCA Const Amend. I--Assembly clause; Petition clause&gt;

**U.S. SUPREME COURT OCTOBER TERM 2025**

&lt;U.S. Supreme Court, Oct. Term 2025, Oral Argument - Question Presented&gt;

&lt;Whether a law that censors certain conversations between counselors and their clients based on the viewpoints expressed regulates conduct or violates the Free Speech Clause. Chiles v. Salazar, 116 F.4th 1178 (10th Cir. 2024), cert. granted, 145 S. Ct. 1328, 221 L. Ed. 2d 416 (2025); 2025 WL 2856141 (U.S.) (U.S.Oral.Arg.,2025).&gt;

&lt;U.S. Supreme Court, Oct. Term 2025, Oral Argument - Question Presented:&gt;

&lt;Where the subject of a state investigatory demand has established a reasonably objective chill of its First Amendment rights, is a federal court in a first-filed action deprived of jurisdiction because those rights must be adjudicated in state court? First Choice Women's Res. Centers, Inc. v. Att'y Gen. of New Jersey, No. 24-3124, 2024 WL 5088105 (3d Cir. Dec. 12, 2024), cert. granted sub nom. First Choice Women's Res. Centers, Inc. v. Platkin, 145 S. Ct. 2793 (2025); 2025 WL 3463690 (U.S.) (U.S.Oral.Arg.,2025).&gt;

&lt;U.S. Supreme Court, Oct. Term 2025, Oral Argument - Questions Presented:&gt;

**4a**

**Case: 26-1591, 05/14/2026, DktEntry: 15.2, Page 7 of 7**

Amendment V. Grand Jury Indictment for Capital Crimes;..., USCA CONST Amend. V

**5a**

United States Code Annotated
    Constitution of the United States
        Annotated
            Amendment V. Grand Jury; Double Jeopardy; Self-Incrimination; Due Process; Takings

U.S.C.A. Const. Amend. V

Amendment V. Grand Jury Indictment for Capital Crimes; Double Jeopardy;
Self-Incrimination; Due Process of Law; Takings without Just Compensation

Currentness

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

<Historical notes and references are included in the full text document for this amendment.>

<For Notes of Decisions, see separate documents for clauses of this amendment:>

<USCA Const. Amend. V--Grand Jury clause>

<USCA Const. Amend. V--Double Jeopardy clause>

<USCA Const. Amend. V--Self-Incrimination clause>

<USCA Const. Amend. V-- Due Process clause>

<USCA Const. Amend. V--Takings clause>

**U.S. SUPREME COURT OCTOBER TERM 2025**

<U.S. Supreme Court, Oct. Term 2025, Oral Argument - Question Presented: >

<Whether the Supreme Court should stay the United States District Court for the District of Columbia's preliminary injunction, which prevented President Donald Trump from terminating the employment of Lisa Cook from the Federal Reserve Board. Cook v. Trump, No. 25-5326, 2025 WL 2654786 (D.C. Cir. Sept. 15, 2025); 2026 WL 177855 (U.S.) (U.S.Oral.Arg.,2026).>