No. 26-1591

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

_____

X.AI LLC,

*Plaintiff-Appellant*,

V.

ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE
STATE OF CALIFORNIA,

*Defendant-Appellee*.

_____

**On Appeal from the United States District Court
for the Central District of California**
No. 2:25-cv-12295-JGB-SSC
The Honorable Jesus G. Bernal

_____

## UNOPPOSED MOTION FOR EXTENSION OF TIME

_____

ROB BONTA
  *Attorney General of California*
THOMAS S. PATTERSON
  *Senior Assistant Attorney General*
ANYA M. BINSACCA
  *Supervising Deputy Attorney General*
KRISTIN A. LISKA
JOSEPH H. MEEKER
  *Deputy Attorneys General*
STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
300 South Spring Street, Suite 1702
Los Angeles, CA  90013-1230
Telephone: (213) 269-6502
Fax: (916) 731-2124
Joe.Meeker@doj.ca.gov
  *Attorneys for Appellee*

May 19, 2026

Pursuant to Circuit Rule 31-2.2(b), Defendant-Appellee Rob Bonta respectfully requests an extension of 30 days, until July 15, 2026, to file his answering brief. Plaintiff-Appellant X.AI, LLC, does not oppose this extension. *See* Declaration of Joseph H. Meeker ("Meeker Decl."), ¶ 4. Defendant's answering brief is currently due on June 15, 2026. *Id.*, ¶ 2. Plaintiff previously received a 30-day extension of time to file its opening brief on the merits; no prior extension of time has been requested on Defendant's answering brief. *Id.*, ¶ 3.

There is a substantial need for a lengthier briefing schedule in this matter. *See* Cir. Rule 31-2.2(b). This case involves complex and novel legal issues surrounding regulation of Generative Artificial Intelligence ("AI"), which require careful consideration and research. These include whether developers hold trade secrets in the data used to train Generative AI models and what level of First Amendment scrutiny applies to mandatory disclosure of information about that training data. Given the important nature of this statutory challenge, briefing will need to be reviewed by several rounds of other attorneys before it is finalized and filed. Meeker Decl., ¶ 6.

//

//

//

1

For these reasons, Defendant-Appellee requests the Court grant a 30-day extension of time to file his answering brief, until July 15, 2026.

Dated:  May 19, 2026                    Respectfully submitted,


      */s/ Joe Meeker*


Rob Bonta
  *Attorney General of California*
Thomas S. Patterson
  *Senior Assistant Attorney General*
Anya M. Binsacca
  *Supervising Deputy Attorney General*
JOSEPH H. MEEKER
  *Deputy Attorney General*

2

## DECLARATION OF JOSEPH H. MEEKER

1. I am a Deputy Attorney General in the California Department of Justice. I am the lead attorney for this appeal representing Defendant-Appellee Attorney General Rob Bonta and am responsible for the preparation of the answering brief on the merits in this case.

2. Defendant's answering brief is currently due on Monday, June 15, 2026.

3. Plaintiff-Appellant X.AI previously received a 30-day extension of time to file its opening brief on the merits; no prior extension of time has been requested on Defendant's answering brief.

4. Prior to filing this motion, I conferred with counsel for Plaintiff. Plaintiff's counsel represented that they would not oppose a 30-day extension of time.

5. The proposed extension of 30 days would make the answering brief due on July 15, 2026.

6. This case involves complex and novel legal issues surrounding regulation of Generative Artificial Intelligence ("AI"), which require careful consideration and research. These include whether developers hold trade secrets in the data used to train Generative AI models and what level of First Amendment scrutiny applies to mandatory disclosure of information about that training data. In addition, because this is an important case in the quickly evolving field of

3

Generative AI regulation, briefing will need to be reviewed by several rounds of other attorneys before it is finalized and filed.

7. I have exercised diligence in preparing the answering brief and the answering brief will be filed within the time requested.

8. The court reporter is not in default with regard to any designated transcripts.

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed in Los Angeles, California, on May 19, 2026.

*/s/ Joseph H. Meeker*

Joseph H. Meeker

4

# CERTIFICATE OF SERVICE

Case Name:   **X.AI LLC v. Rob Bonta**          No.      **26-1591**
             **(Appeal)**

I hereby certify that on <u>May 19, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **UNOPPOSED MOTION FOR EXTENSION OF TIME**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>May 19, 2026</u>, at Los Angeles, California.

| Linda Zamora | */s/ Linda Zamora* |
|:---:|:---:|
| Declarant | Signature |

SA2026301504
68465127