# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 14. Motion for Extension of Time

*Instructions for this form:* [http://www.ca9.uscourts.gov/forms/form14instructions.pdf](http://www.ca9.uscourts.gov/forms/form14instructions.pdf)

**9th Cir. Case Number(s)** | 26-1591

**Case Name** | X.AI LLC v. Bonta

Requesting Party Name(s) | X.AI LLC

I am:  ○ The party requesting the extension.

⦿ Counsel for the party or parties requesting the extension.

I request an extension of time to file a:

☒ Brief (*you **must** also complete the Declaration on page 3*)
☐ Motion to proceed in forma pauperis
☐ Motion for a certificate of appealability
☐ Response/opposition to a pending motion
☐ Reply to a response/opposition to a pending motion
☐ Certified Administrative Record
☐ Response to court order dated _____
☐ Other (*you **must** describe the document*)

_____

The requested new due date is: | Sep 4, 2026

I request the extension of time because (**cannot be left blank**):
*(attach additional pages if necessary)*

This extension is justified because xAI's counsel of record, Erin E. Murphy, has substantial briefing obligations in the relevant timeframe. Please see the additional pages for further details.  In addition, six proposed amicus curiae have reached out to xAI's counsel indicating that they intend to file amicus briefs in support of Defendant-Appellee.  Given the number of proposed amicus briefs likely to be filed, xAI respectfully requests the additional time to review and prepare a reply brief that fully addresses these additional arguments.

**Signature** | s/Erin E. Murphy | **Date** | Jul 21, 2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at [forms@ca9.uscourts.gov](mailto:forms@ca9.uscourts.gov)*

**Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8**
*Complete this section for criminal or immigration cases.*

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

○ I have **NOT** filed a previous request to extend time to file the document.

○ I have previously requested an extension of time to file the document.

This motion is my [               ] request.
*(Examples: first, second)*

Bail/detention status (*select one*):

○ The defendant is incarcerated. The projected release date is: [               ].

○ The petitioner is detained.

○ The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** [               ] **Date** [               ]
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the | reply | brief.
   *(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: | Aug 5, 2026 |

3. The brief's first due date was: | Aug 5, 2026 |

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

   This extension is justified because xAI's counsel, Erin E. Murphy, has substantial briefing obligations in the relevant timeframe. See the additional pages for further details. xAI also requests additional time to prepare a brief fully responsive to the various amicus briefs likely to be filed.

5. The position of the other party/parties regarding this request is:

   ☒ Unopposed.

   ☐ Opposed by *(name of party/parties opposing this motion):*

   ☐ Unknown. I am unable to verify the position of the other party/parties because:

6. ☒ The court reporter is not in default with regard to any designated transcripts.

   If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** | s/Erin E. Murphy | **Date** | Jul 21, 2026 |

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 14**         *3*         *New 12/01/2018*

There is good cause to grant this extension because, as explained above, Ms. Murphy has substantial briefing obligations in the relevant timeframe, including (but not limited to): an opening brief in *Eli Lilly & Co. v. Willow Health Servs., Inc.*, No. 26-1317 (9th Cir.) (due July 24); a petition for writ of certiorari in *Casillas-Huaracha v. Blanche*, No. 25A1286 (U.S.) (due July 29); a supplemental brief in *PhRMA v. McCuskey*, No. 25-1054 (4th Cir.) (en banc) (due July 31); a supplemental brief in *AbbVie, Inc. v. Brown*, No. 24-1939 (4th Cir.) (en banc) (due July 31); a response brief in *Frankel v. Regents of the University of California*, No. 25-5625 (9th Cir.) (due July 31); and a reply brief in *PhRMA v. Skrmetti*, No. 26-5275 (6th Cir.) (due July 31).   Ms. Murphy also has pre-planned international travel during the intervening weeks.

In addition, counsel has been contacted by six proposed amicus curiae who intend to file briefs supporting Defendant-Appellee Rob Bonta in this action.  Given the number of amici likely to file briefs in this appeal, counsel respectfully requests the additional time to review these additional briefs and to prepare a reply brief that adequately and fully addresses these additional arguments as well.

Defendant-Appellee Rob Bonta does not oppose this request.   There accordingly is no risk of prejudice from this modest extension—which is xAI's first request for an extension of the time to file its reply brief.  That is especially true here,

where both parties were granted similar 30-day extensions in connection with their preparation and filing of the opening and answering briefs, respectively.

In light of these circumstances, a modest extension of time is necessary and appropriate to allow counsel to prepare and file a reply brief that will fully respond to the arguments set forth in Defendant's answering brief and the arguments raised by the various anticipated amicus curiae and that best addresses the issues for this Court's review.