# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Student/Supervisor/Dean Certification for Law Student Representation
(Select ECF Filing Option "File a Certification for Law Student Representation Form")

## I. Student Certification (for up to 4 students)

Docket No. 26-1591

Case Title X.AI LLC v. Bonta

My signature below certifies that:

a. I am enrolled and in good standing at

(law school) NYU School of Law

b. I have completed at least two-thirds of the legal studies required for graduation.*

c. I am familiar with and will comply with the Federal Rules of Civil, Criminal, and Appellate Procedure and Evidence; the Code of Professional Responsibility; and the rules of this Court.

d. I am not receiving compensation directly from the party on whose behalf I am rendering services.

### Student #1

Signature s/ Kendra Neumann

Date 05/30/2026

Name Kendra Neumann

* Or am a recent graduate awaiting a bar examination or the results of the state bar examination.

**Student #2**

Signature

Date

Name

**Student #3**

Signature

Date

Name

**Student #4**

Signature

Date

Name

## II. Supervising Attorney Certification

Docket No.  26-1591

Case Title  X.AI LLC v. Bonta

Party Represented  Intellectual Property Law Scholars as Amici Curiae

I certify that I am admitted to practice before the highest court of the State of

(state) District of Columbia  for at least three years, have been admitted to practice before this Court, and have participated in at least three appellate arguments before a federal or state appellate court.  I will carefully supervise the work of the following student(s) on behalf of the party above:

Student #1:  Kendra Neumann

Student #2:

Student #3:

Student #4:

I will supervise no more than four students at any one time.  I authorize the above listed student(s) to appear in court or at other proceedings, and to prepare documents.  I will accompany the student(s), assume personal responsibility for their work, and be prepared to supplement, if necessary, any statement made by the student(s) to the court or to opposing counsel.

**Supervising Attorney**

Signature  /s/Daniel S. Harawa

Date  6/3/26

Name  Daniel Scott Harawa

Address  245 Sullivan Street, Fifth Floor

City  New York  State  NY  Zip Code  10012

Phone Number (for ex., 4153558000)  2129986420

## III. Dean Certification

Docket No. 26-1591

Case Title X.AI LLC v. Bonta

I certify that the student(s) listed below are enrolled and in good standing at

(law school) New York University School of Law

and have completed at least two-thirds of the legal studies required for graduation;* and are adequately trained to fulfill all responsibilities required by Ninth Circuit Rule 46-4.

Student #1: Kendra Neumann

Student #2:

Student #3:

Student #4:

**Dean**

Signature *Randy Hertz*

Date June 4, 2026

Name Randy Hertz

Address NYU Law School

245 Sullivan Street, office 626

City New York     State NY     Zip Code 10012-1301

Phone Number (for ex., 4153558000)     6463737593

* Or are recent graduates awaiting a bar examination or the results of the state bar examination.