**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| X.AI LLC,<br><br>Plaintiff–Appellant,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>Defendant–Appellee. | No. 26-1591 |

**MOTION FOR LEAVE TO WITHDRAW**
**AS COUNSEL FOR AMICUS CURAIE**

Stephany Kim respectfully moves to withdraw her appearance as counsel for Amicus Curiae Knight First Amendment Institute at Columbia University in this case as September 4, 2026 will be her last day as a legal fellow at the Knight Institute at Columbia University. Amicus will continue to be represented by other counsel from the Knight First Amendment Institute at Columbia University who have entered an appearance for Amicus in this matter, and no party will be prejudiced if the motion is granted.

September 4, 2026

Respectfully submitted,

/s/ Stephany Kim

Stephany Kim
Knight First Amendment Institute
at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115

(646) 745-8500
stephany.kim@knightcolumbia.org

*Counsel for Amicus Curiae*