UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 10 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

X.AI LLC,

Plaintiff - Appellant,

v.

ROB BONTA, in his official capacity as Attorney General of the State of California,

Defendant - Appellee.

No. 26-1591

D.C. No.
2:25-cv-12295-JGB-SSC
Central District of California,
Los Angeles

ORDER

A majority of the judges vote to GRANT the Motion of the Minderoo Centre for Technology and Democracy at the University of Cambridge for Leave to File Amicus Brief. One judge on the panel votes to DENY the motion. Therefore, the Motion of the Minderoo Centre for Technology and Democracy at the University of Cambridge for Leave to File Amicus Brief, filed July 22, 2026, is GRANTED.

The Motion for Leave to Withdraw as Counsel for Amicus Brief, filed September 4, 2026, is GRANTED.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT